CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Citizens for Responsibilty and Ethics in Washington and Melanie Sloan
_____
    Plaintiff(s)

vs.                                                Civil Action No. __15-2038 (RC)__

Federal Election Commission
_____
    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __8th__ day of __February__, __2016__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Federal Election Commission was [were] (select one):

☐     personally served with process on _____.

☐     served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☑     served via ~~First Class Mail~~ *registered or certified mail* pursuant to provisions of Rule ~~4(C)(ii)~~ *4(i)* of the Federal Rules of Civil Procedure on ~~(date the Acknowledgment Form was signed by addressee):~~ __November 30, 2015__.

☐     The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑     no extension has been given and the time for filing has expired
☐     although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Stuart McPhail
_____
Attorney for Plaintiff(s) [signature]

Stuart C. McPhail
Adam J. Rappaport (# 479866)
~~455 Massachusetts Ave. N.W.,~~
~~Sixth Floor~~
Washington, D.C. 20001
(202) 408-5565

Cal:  287048
NY: 4715025
Admitted Pro Hac Vice
_____
Bar Id. Number                                           Name, Address and Telephone Number