# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>FEDERAL ELECTION COMMISSION,  )<br><br>Defendant.  ) | Civil Action No. 15-2038 (RC) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is given that plaintiffs in the above-captioned action, Citizens for Responsibility and Ethics in Washington and Melanie Sloan, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's February 22, 2017 memorandum opinion and order granting the defendant Federal Election Commission's motion for summary judgment and denying plaintiffs' motion for summary judgment.

Dated: March 21, 2017

                                          Respectfully submitted,

                                          */s/ Stuart McPhail*
                                          Stuart C. McPhail
                                          *smcphail@citizensforethics.org*
                                          (D.C. Bar No. 1032529)

                                          Adam J. Rappaport
                                          *arappaport@citizensforethics.org*
                                          (D.C. Bar No. 479866)

Citizens for Responsibility and Ethics
  in Washington
455 Massachusetts Ave., N.W., Sixth Floor
Washington, D.C. 20001
Telephone: (202) 408-5565
Fax: (202) 588-5020

*Attorneys for Citizens for Responsibility and
  Ethics in Washington and Melanie Sloan*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on March 21, 2017, a true and correct copy of plaintiffs' notice of appeal was filed and served electronically through the Court's CM/ECF system upon the following counsel or record:

    Gregory John Mueller
    Harry Jacobs Summers
    Kevin Deeley
    Jacob Stephen Siler
    Federal Election Commission
    Office of General Counsel
    999 E Street, NW
    Washington, DC 20463

                                          */s/ Stuart McPhail*
                                          Stuart McPhail